```
                                            ┌─────────────────────────────┐
                                            │ FILED                       │
                                            │ February 7, 2012            │
                                            │ CLERK, US DISTRICT COURT    │
                                            │ EASTERN DISTRICT OF         │
                                            │ CALIFORNIA                  │
                                            │        DEPUTY CLERK         │
                                            └─────────────────────────────┘
```

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                  )<br>        Plaintiff,                )<br>v.                                )<br>                                  )<br>ERIC LEMAR SPIVEY,                )<br>                                  )<br>        Defendant.                ) | CASE NUMBER: 2:12-mj-00037-CKD<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Eric Lemar Spivey</u>; Case <u>2:12-mj-00037-CKD</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

     __   Release on Personal Recognizance

     __   Bail Posted in the Sum of _____

     _X_   Unsecured Appearance Bond in the amount of <u>$25,000, co-signed by defendant's mother.</u>

     __   Appearance Bond with 10% Deposit

     __   Appearance Bond secured by Real Property

     __   Corporate Surety Bail Bond

     _X_   (Other) <u>Pretrial Supervision/Conditions.</u>

Issued at <u>Sacramento, CA</u> on 2/7/12 at 2:20 p.m.

By _/s/ Carolyn Delaney_
Carolyn K. Delaney
United States Magistrate Judge